IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEFON REQUINN COLLINS**                                                          **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00949-BSM**

**REGGIE BINNS**
Owner of Reggie's Lock and Key                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE